UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLES T. ZUFFANTE,  )<br>　　　　Petitioner,　　　　) | |
| vs.　　　　　　　　　　　　　) | No. 3:13-CV-1146-B (BH) |
| 　　　　　　　　　　　　　　) | |
| WILLIAM STEPHENS, Director,　) | Referred to U.S. Magistrate Judge |
| Texas Department of Criminal　　) | |
| Justice, Correctional Institutions Division,　) | |
| 　　　　Respondent.　　　　) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petitioner's motion to proceed *in forma pauperis* (doc. 37), is construed as a motion for extension of time to file a notice of appeal, and it is hereby denied.

SIGNED this   6th   day of January , 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE